

**Roger E. REED, Petitioner,**

v.

**DEPARTMENT OF JUSTICE,
Respondent.**

No. 2007–3068.

United States Court of Appeals,
Federal Circuit.

Dec. 19, 2006.

### ORDER

The appeal having been docketed in error, it is

ORDERED that the appeal is DISMISSED.

**In re Anthony James MOORE,
Petitioner.**

Misc. No. 837.

United States Court of Appeals,
Federal Circuit.

Dec. 21, 2006.

Anthony James Moore, pro se.

### ORDER

Anthony James Moore having failed to pay the filing fee within the time allowed, IT IS ORDERED THAT:

(1) The petition for a writ of mandamus is dismissed.

(2) Each side shall bear its own costs.

(3) All pending motions are moot.

**CORNING INCORPORATED and Artificial Sensing Instruments ASI AG,
Plaintiffs–Cross Appellants,**

v.

**SRU BIOSYSTEMS, LLC, SRU Biosystems, Inc., and SRU Biosystems Holdings, LLC, Defendants–Appellants.**

Nos. 2006–1609, 2006–1632.

United States Court of Appeals,
Federal Circuit.

Dec. 22, 2006.

ON MOTION

*ORDER*

Upon consideration of the parties' joint motion to voluntarily dismiss their appeals from *Corning Incorporated v. SRU Biosystems,* 03–CV–633 (D.Del.),

IT IS ORDERED THAT: